**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

            Plaintiff,

vs.                                                Case No.  2:06-cv-482-FtM-34DNF

TRACT J22-24, 10.00 ACRES OF LAND,
MORE OR LESS IN COLLIER COUNTY,
FLORIDA, JAMES N. LONG, JR.
(DECEASED), ET. AL.,

            Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on claimants Beatrice R. Long, James Cleveland Long, Elizabeth Clemmer Long Seabrook, Margaret Ann Long Zeller, Mary E. Swindler, and Amy Long Schieren's Applications for Withdrawal of Estimated Just Compensation (Dkt. Nos. 22-27), which were filed on March 12, 2007.  The government filed a Response on the same day.  See Plaintiff's Response to Defendants' Applications for Withdrawal of Estimated Just Compensation (Dkt. No. 28; Response), filed March 12, 2007.

On September 12, 2006, the government deposited ten thousand dollars ($10,000.00) into the Registry of the Court ("Registry") as estimated compensation for the subject property.  See Clerk's Receipt (Dkt. No. 2).  Thereafter, on February 8, 2007, the Court directed disbursement of one thousand one hundred twelve dollars and seventy cents ($1,112.70) to the Tax Collector for taxes due and owing on the subject tract if paid in February or one thousand one hundred twenty-two dollars and fifty-nine cents ($1,122.59)

if paid in March.  See Order dated February 8, 2007 (Dkt. No. 20).  On April 6, 2007, the Clerk of the Court disbursed the sum of one thousand one hundred twenty-two dollars and fifty-nine cents ($1,122.59) to the Collier County Tax Collector as satisfaction of outstanding taxes.  See Disbursement Voucher (Dkt. No. 32).  Therefore, there remains on deposit eight thousand eight hundred seventy-seven dollars and forty-one cents ($8,877.41) in the Registry.  Trial in this matter has not taken place, however, the government was granted possession of the land.

The government indicates that, prior to the taking, the property was titled in the name of James N. Long, Jr.  See Response at 2.  In 1986, James N. Long, Jr. died testate, however, his will was never probated in the State of Florida.  See id.  He was survived by his spouse, Beatrice R. Long, and two children from a prior marriage, Joel Dennis Long and James Cleveland Long.  See id.  Applying the Florida laws of intestate succession, when an intestate decedent is survived by a spouse and lineal descendants who are not lineal descendants of the surviving spouse, the surviving spouse is entitled to one-half of the intestate estate and the lineal descendants are entitled to the other one-half of the intestate estate.  See Fla. Stat. §§ 732.102(1)(c), 732.103(1) (1986).  Accordingly, upon the death of James N. Long, Jr. title to the subject property vested as follows: (1) one-half of the property vested in Beatrice R. Long; (2) one-fourth vested in Joel Dennis Long; and (3) one-fourth vested in James Cleveland Long.

In 1987, Joel Dennis Long died testate, but his will was never probated in the State of Florida.  See Response at 2.  He was survived by his spouse, Elizabeth Clemmer Long Seabrook, and three children from his marriage to Elizabeth Clemmer Long Seabrook,

Margaret Ann Long Zeller, Mary Elizabeth Long Swindler, and Amy Long Schieren. See id. Under the Florida laws of intestate succession, when an intestate decedent is survived by a spouse and lineal descendants who are also lineal descendants of the surviving spouse, the surviving spouse is entitled to the first $20,000.00 of a decedent's intestate estate and one-half of any amount greater than $20,000. See Fla. Stat. §§ 732.102(1)(b) (1987). The government asserts that the value of Joel Dennis Long's interest in the subject property was less than $20,000. See Response at 3. Accordingly, based upon the government's representation, Elizabeth Clemmer Long Seabrook is entitled to Joel Dennis Long's entire one-fourth interest in the subject property. In light of the foregoing, the Court finds that the eight thousand eight hundred seventy-seven dollars and forty-one cents ($8,877.41) on deposit in the Registry of the Court shall be disbursed as follows: (1) one-half (½) or four thousand four hundred thirty-eight dollars and seventy-one cents ($4,438.71) will be disbursed to Beatrice R. Long; (2) one-fourth (1/4) or two thousand two hundred nineteen dollars and thirty-five cents ($2,219.35) will be disbursed to James Cleveland Long; and (3) one-fourth (1/4) or two thousand two hundred nineteen dollars and thirty-five cents ($2,219.35) will be disbursed to Elizabeth Clemmer Long Seabrook. Accordingly, it is

**ORDERED**:

1. Claimants Margaret Ann Long Zeller, Mary E. Swindler, and Amy Long Schieren's Applications for Withdrawal of Estimated Just Compensation (Dkt. Nos. 25-27) are **DENIED**.

2. Claimants Beatrice R. Long, James Cleveland Long, Elizabeth Clemmer Long Seabrook's Applications for Withdrawal of Estimated Just Compensation (Dkt. Nos. 22-24) are **GRANTED** as follows:

a. The Clerk is directed to disburse funds in the amount of four thousand four hundred thirty-eight dollars and seventy-one cents ($4,438.71), plus any applicable interest but minus any Registry fees, to Beatrice R. Long at 570 South May Street Unit 1, Southern Pines, North Carolina, 28387;

b. The Clerk is directed to disburse funds in the amount of two thousand two hundred nineteen dollars and thirty-five cents ($2,219.35), plus any applicable interest but minus any Registry fees, to James Cleveland Long at 315 Sharebrook Lane, Columbia, South Carolina 29212.

c. The Clerk is directed to disburse funds in the amount of two thousand two hundred nineteen dollars and thirty-five cents ($2,219.35), plus any applicable interest but minus any Registry fees, to Elizabeth Clemmer Long Seabrook at 312 Eagle's Walk Lane, Gastonia, North Carolina 28056, leaving no sum on deposit pending a determination of just compensation.

**DONE AND ORDERED** in Chambers this 12th day of June, 2007.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc3

Copies to:

Counsel of Record

Finance-JAX